Center for Disability Access
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DENNY'S REALTY, LLC, a Delaware Limited Liability Company;<br>DENNY'S, INC., a Florida Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:19-CV-09922-DMG-SS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Denny's Realty, LLC, a Delaware Limited Liability Company and Denny's, Inc., a Florida Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 25, 2020　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1